# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

## William E. OWENS
## Machinery Technician First Class (E-6), U.S. Coast Guard

## CGCMS 24432

## Docket No.  1333

## 13 August 2010

Special Court-Martial convened by Commander, Coast Guard Sector North Carolina.  Tried at Camp Lejeune, North Carolina, on 30 September 2009.

| | |
|---|---|
| Military Judge: | CDR Ronald J. Bald, USCG |
| Trial Counsel: | LT Kismet R. Wunder, USCGR |
| Assistant Trial Counsel: | LT Angela A. Novy, USCGR |
| Defense Counsel: | LT Jeffrey M. Pearson, JAGC, USN |
| Assistant Defense Counsel: | LTJG Cherie E. Jolly, JAGC, USNR |
| Appellate Defense Counsel: | LT Kelley L. Tiffany, USCGR |
| Appellate Government Counsel: | LCDR Douglas K. Daniels, USCG |

## BEFORE
## McCLELLAND, KENNEY[1] & TOUSLEY
### Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of conspiracy to commit larceny, in violation of Article 81, Uniform Code of Military Justice (UCMJ), and one specification of larceny, in violation of Article 121, UCMJ. The military judge sentenced Appellant to confinement for forty-five days, reduction to E-3, and a bad-conduct discharge.  The Convening Authority approved the sentence as adjudged.  The pretrial agreement did not affect the sentence.

---

[1] Judge KENNEY did not participate in the decision.

Before this court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Gail M. Reese
Clerk of the Court